DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
JEFF SCHENK (CABN 234355)
SARAH E. GRISWOLD (CABN240326)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5081
    jonas.lerman@usdoj.gov
    jeffrey.b.schenk@usdoj.gov
    sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 16-CR-189-LHK-3 |
| Plaintiff, | UNITED STATES' AMENDED MOTION TO UNSEAL PLEA AGREEMENT AND TRANSCRIPT OF CHANGE-OF-PLEA HEARING |
| v. | |
| PRATAP "BOB" KONDAMOORI, | (AMENDING ECF NO. 393) |
| Defendant. | |

    Defendant Pratap "Bob" Kondamoori has filed a pro se document titled "Notice of Appeal." ECF No. 390. Today, July 22, 2019, the Ninth Circuit ordered Kondamoori to show cause why his untimely appeal should not be dismissed. The government wishes to provide the Ninth Circuit with Kondamoori's plea agreement (ECF No. 157) and the transcript of his change-of-plea hearing on April 24, 2017, both of which remain under seal. *See* ECF No. 158 (minute entry).

    Kondamoori's plea agreement and change-of-plea hearing transcript need not remain sealed. This Court has already unsealed the transcript of his sentencing. ECF No. 335 (unsealing order). At sentencing, the parties and the Court discussed his cooperation. ECF No. 261 at 15, 20–21, 25, 30

(transcript). His cooperation is also noted in other public documents, including in the Court's order denying codefendant Sunitha Guntipally's motion to withdraw her guilty plea. *E.g.*, ECF No. 334 at 9, 11–12, 45.

The government therefore moves the Court to unseal Kondamoori's plea agreement and the transcript of his change-of-plea hearing.

DATED: July 22, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
JONAS LERMAN
SARAH E. GRISWOLD
JEFF SCHENK
Assistant United States Attorneys

## [PROPOSED] ORDER UNSEALING PLEA AGREEMENT AND CHANGE-OF-PLEA TRANSCRIPT OF DEFENDANT KONDAMOORI

The Court hereby ORDERS unsealed the plea agreement of Defendant Pratap "Bob" Kondamoori (ECF No. 157) and the transcript of his April 24, 2017, change-of-plea hearing.

**IT IS SO ORDERED.**

Dated: July 23, 2019

_____
HON. LUCY H. KOH
United States District Judge